The next case is Stuart v. Nassau County. Thank you. Thank you, Jasmine. All right. Good morning. Mr. Stewart? Good morning, Your Honors. My name is Stan Stewart, and this case is about a strip search case. Blanket strip search. One second. If you want, you may take off your mask. Okay. All right. Thank you very much. My name is Stan Stewart, and this case is I'm the pro se litigant in this case. This is about a blanket strip search policy the county of Nassau had for people who were arrested for violations and low-level misdemeanors. It's not about guns or drugs or alcohol or any of that stuff. In 1999, there was a decision from the Honorable Judge Wetzler, God rest his soul, of course, that the county had found the strip search policy was illegal under the Fourth Amendment, and it was Shane v. Ellison. And on September 4, 2003 November 4, 2003, the defendants, which is Nassau County, conceded liability for all purposes in a strip search litigation. As a consequence, Judge Hurley of the United States District Court for the Eastern District of New York granted summary judgment on all liability against the defendants, which is Nassau County, in favor of the class action suit and every member thereafter. Okay. What I want to do is have this case restored to the calendar in Islip so I can have a fair and partial trial for what they did to me. What happened was they held me in a $15,000 bail on a misdemeanor charge, which is outrageous. I had to go down to Florida. My mother was dying down in Florida in Boca Raton, and they took me over to jail. They stuck needles in me. They did DNA tests, which wasn't even required back then for misdemeanors and stuff. And they had a lockdown. So I couldn't get out of jail. My sister posted the bail. So by the time I got out of jail and flew down to Florida, which wasn't 1, 2, 3 in those days, my mom had died. So I had to sit in a coffin instead of saying goodbye to her. All right? I got three sisters, all very well educated. One was an assistant principal of the Locust Valley. One was a lawyer married to a famous judge in Delaware. The other one ran a nursing home down in Long Beach, New York. Okay? This is about justice, abuse of power for Nassau County and what they did to me. Okay? I want the jury to put their shelves in my shoes and see what they did to me, how they feel. But weren't you included in the class action that settled this case? There was two parts to the case. Everybody got $500 with the class action. The second part of the case involved... Special damages. The second part of the case, this is what it involved. Give me a second here. ... ... ... ... The second part of the case involved loss of human dignity, mental torture, inhumane conditions. ...